UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : 

VS. : 3:CR-14-

MANJINDER SINGH a/k/a "Mintu,"

Defendant :

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count 1

Beginning in or about and before January 2012, and continuing to in or about July 2012, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the Defendant,

**MANJINDER SINGH a/k/a "Mintu,"**

did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the United States, to commit the following offense against the United States, namely, to knowingly, intentionally and unlawfully distribute, and possess with intent to distribute, synthetic marijuana (also known as "spice"), a

Schedule I controlled substance analogue, in violation of Title 21, United States Code, Sections 846, 841(a)(1), 802(32), and 813.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendant and his co-conspirators sought to accomplish the objectives of the conspiracy included, among others, the following:

1. The defendant and/or his co-conspirators would obtain the synthetic marijuana via interstate shipment from Florida.

2. After the synthetic marijuana was obtained, the defendant and/or his co-conspirators would distribute the synthetic marijuana to customers in Luzerne County, Pennsylvania, in return for money or other valuable consideration.

3. The defendant and/or his co-conspirators would deposit proceeds from synthetic marijuana sales into bank accounts of co-conspirators.

4. The defendant and/or his co-conspirators used a business location to distribute the synthetic marijuana.

## OVERT ACTS

The defendants and/or his co-conspirators committed the following

overt acts, among others, in furtherance of the conspiracy:

1. On or about January 3, 2012, in Luzerne County, Pennsylvania, the defendant, aiding and abetting others, distributed synthetic marijuana to another person.

2. On or about January 26, 2012, in Luzerne County, Pennsylvania, the defendant, aiding and abetting others, distributed synthetic marijuana to another person.

3. On or about February 2, 2012, in Luzerne County, Pennsylvania, the defendant, aiding and abetting others, distributed synthetic marijuana to another person.

4. On or about February 7, 2012, in Luzerne County, Pennsylvania, the defendant, aiding and abetting others, distributed synthetic marijuana to another person.

5. On or about May 29, 2012, in Luzerne County, Pennsylvania, the defendant, aiding and abetting others, distributed synthetic marijuana to another person.

6. On or about July 12, 2012, in Luzerne County, Pennsylvania, the defendant, aiding and abetting others, distributed synthetic marijuana

to another person.

      All in violation of Title 21, United States Code, Section 846.

                                                      PETER J. SMITH
                                                      United States Attorney

Date: 1-31-14