UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 3:CR-14-40 |
| | ) | |
| v. | ) | |
| MANJINDER SINGH, | ) | |
| Defendant | ) | (Electronically Filed) |

## SENTENCING STIPULATION

The government and the defendant hereby stipulate as follows:

Pursuant to Department of Justice policy, the base offense level for drug offenses should be reduced by two levels. Therefore, the government agrees not to object to a downward variance of two levels, and the defendant agrees not to seek a further reduced sentence pursuant to 18 U.S.C. § 3582(c) on the basis of the two-level reduction in the event the two-level reduction is adopted and made retroactive by the U.S. Sentencing Commission.

I have read this Sentencing Stipulation and carefully reviewed it with my attorney. I fully understand it, and I voluntarily agree to it.

4/18/14
Date

MANJINDER SINGH
MANJINDER SINGH
Defendant

I am the defendant's counsel. I have carefully reviewed this Sentencing Stipulation with the defendant. To my knowledge, my client's decision to enter into this stipulation is an informed and voluntary one.

4/21/14
Date

INGRID CRONIN
Counsel for Defendant

|  |  | PETER J. SMITH |
|  |  | UNITED STATES ATTORNEY |

4-22-14  By: *Francis P. Sempa*
Date   FRANCIS P. SEMPA
   ASSISTANT U.S. ATTORNEY